**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Herbert COUNCIL, Defendant–Appellant.**

No. 02–7267.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 24, 2002.

Decided Oct. 31, 2002.

Herbert Council, Appellant Pro Se. Holly Anne Pierson, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before WIDENER, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Herbert Council appeals the district court's order denying relief on his "Mo-

tions to Unseal Information and for Disclosure of Grand Jury Proceedings." Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Council,* No. CR–92–97–MU (W.D.N.C. July 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*